UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

ROXANNE MCGALLA,                         )
                                         )
        Plaintiff,                       )
                                         )  Case No: 4:25-cv-00429
vs                                       )
                                         )
ASCENSION LONG-TERM DISABILITY  )
PLAN,                                    )
                                         )
        Defendant.                       )

## COMPLAINT FOR REVIEW OF FINAL DECISION DENYING DISABILITY INSURANCE BENEFITS TO PLAINTIFF

Comes now the Plaintiff, Roxanne McGalla, by counsel, Melissa A. Davidson, and for her complaint for Damages against Defendant, Ascension Long-Term Disability Plan ("the Plan"), states as follows:

### I. Parties and Jurisdiction

1. That Plaintiff is a citizen of the State of Pennsylvania residing in Allegheny County.

2. That Plaintiff was an employee of Ascension Health Alliance d/b/a Ascension, where in her capacity as a Clinical Abstractor, she was a participant in the Plan.

3. That the Plan provides disability insurance coverage to participants employed by Ascension who become unable to work due to disability or illness.

4. That Plaintiff's employer, Ascension Health, has contracted with Sedgwick to administer the long-term disability insurance to its qualified employees.

5.    That this court has jurisdiction pursuant to the Employee Retirement Income Security Act 29 USCA 1132(e)(1) and the forum selection clause contained in the Plan.

## II. Factual Allegations

6.    Plaintiff was forced to stop working due to medical conditions on or about **February 28, 2023.**

7.    That Plaintiff applied for long-term disability benefits provided by Defendant and after being found disabled per policy terms, was paid benefits through April 30, 2024.

8.    Her benefits were wrongfully terminated, as Plaintiff's conditions did not improve, and she continued to meet the Plan's definition of disabled.

9.    That Plaintiff administratively appealed this denial, as she suffers from numerous medical impairments that qualify her for continuing benefits under the terms of the Plan.

10.    Plaintiff appeal was denied on or about December 20, 2024. She has therefore exhausted her administrative appeals.

11.    That Defendant has wrongfully refused to award Plaintiff disability benefits and wrongfully withheld monies rightfully due Plaintiff as a disabled insured participant under the policy and the Plan.

12.    Defendant's decision denying her disability benefits was arbitrary and capricious.

13.     That as a result of Defendant's conduct, Plaintiff has been denied benefits rightfully due her under the Plan and has incurred Attorney fees in order to rectify the harm done to her.

14.     Defendant is both the claims adjudicator and payer of this claim.

15.     Defendant benefits financially from denying Plaintiff's claim.

16.     Defendant has a conflict of interest in this claim.

WHEREFORE, Plaintiff herein, by counsel, respectfully prays for judgment against the Defendants, with interest, in an amount commensurate with her past due benefits, interest, reinstatement of her benefits, for Attorney fee reimbursement, and for all other just and proper relief in the premises.

Dated: April 2, 2025

Respectfully submitted,

 _/s/ *Melissa A. Davidson*_____
Melissa A. Davidson #26068-49
HANKEY, MARKS & CRIDER
429 E. Vermont Street, Suite 200
Indianapolis, IN  46202
(317) 634-8565
(317) 634-9818
mdavidson@hankeylaw.com