UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ROXANNE MCGALLA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No: 4:25-CV-00429-HEA |
| vs | ) | |
| | ) | |
| ASCENSION LONG-TERM | ) | |
| DISABILITY PLAN | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION TO DISMISS WITH PREJUDICE

NOW COMES the Plaintiff, Roxanne McGalla, by and through counsel, Melissa

A. Davidson, and Defendant, Ascension Long-Term Disability Plan, by counsel, Amy

Blaisdell, and show the Court by this Stipulation for Dismissal that the claims between

the Parties have been amicably resolved with prejudice, each party paying its own

attorney fees and costs.

Respectfully submitted,

\s\ Melissa A. Davidson                    \s\ Amy L. Blaisdell

| | |
|---|---|
| Melissa A. Davidson<br>Hankey, Marks & Crider<br>429 E. Vermont Street, Suite 200<br>Indianapolis, IN 46202<br>317-599-4111<br>mdavidson@hankeylaw.com | Amy L. Blaisdell<br>Vivian F. Washington<br>UB Greensfelder LLP<br>10 S. Broadway, Suite 2000<br>St. Louis, MO 63102<br>314-241-9090<br>ablaisdell@ubglaw.com<br>vwashington@ubglaw.com |